IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 1 2 2007
JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

| | |
|---|---|
| WILLIAM D. WILLIAMS, ) | |
|    Plaintiff, ) | Civil Action No. 7:06-cv-00675 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| TERRY O'BRIEN, et al., ) | By: Hon. Glen E. Conrad |
|    Defendants. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action is **DISMISSED** without prejudice pursuant in part to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which the court may grant relief and pursuant in remaining part to 42 U.S.C. § 1997e(a) for failure to exhaust administrative remedies. All other pending motions are hereby **DENIED** as **MOOT**, and this case is hereby **STRICKEN** from the active docket of the court.

Plaintiff is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Civil Procedure by filing a notice of appeal with this court within thirty (30) days of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5) or 4(a)(6).

The Clerk of the Court is directed to send copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 12th day of April, 2007.

/s/ Glen Conrad
United States District Judge